IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FRANK INGRAM,                                          Civ. No. 06-1135-TC

    Petitioner,                                         ORDER

    v.

JEAN HILL,

    Respondent.

Aiken, Judge:

    Magistrate Judge Coffin issued his Findings and Recommendation in the above-captioned action on November 26, 2007. Magistrate Judge Coffin recommends that the petition for habeas corpus relief under 28 U.S.C. § 2254 be denied and the case dismissed, because petitioner failed to exhaust his state remedies and is now procedurally barred from doing so. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

-1-   ORDER

When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a _de novo_ determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). Plaintiff filed objections to the Findings and Recommendation, although the objections were not timely. Regardless, upon review of Magistrate Coffin's findings and recommendation, I find no error.

THEREFORE, IT IS HEREBY ORDERED that Magistrate Judge Coffin's Findings and Recommendation (doc. 39) filed November 26, 2007 is ADOPTED. The amended petition for writ of habeas corpus (doc. 5) is DENIED and this case is DISMISSED.

IT IS SO ORDERED.

Dated this 9 day of January, 2008.

_____
Ann Aiken
United States District Judge

-2-   ORDER